AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                             **CRIMINAL COMPLAINT**

**HERBERT SOL BASS**
**DOB: X/XX/XX**

                                              CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **MAY 30, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(b)(1)(A)**.

I further state that I am **JOSHUA C. GREEN**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Signature of Complainant
SPECIAL AGENT JOSHUA GREEN
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                                City and State

_____          _____
**Name & Title of Judicial Officer**        **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On Wednesday, May 30, 2007, at about 8:50 a.m., agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives, ("ATF") Washington Group One executed a U.S. District Court search warrant at 641 Nicholson Street, N.E., Washington, D.C.  Once agents gained entry, they found the defendant, Herbert Bass, and his mother, Marion Taylor-Bass on the first floor of the home.  The Defendant informed the agent that the agents would find a green box in his bedroom that contained crack cocaine, and that the agents would also find a couple of guns and ammunition in his bedroom.

The agents recovered approximately 26 grams of crack cocaine, a portion of which tested positive for cocaine, from a green shoe box located in the middle bedroom on the second floor of the home.  Additionally, agents recovered numerous items from the middle bedroom on the second floor, including numerous empty ziplocks, a razor blade, two electronic scales, approximately $145,000.00 in U.S. currency, vehicle registration in the name of Herbert Bass and numerous documents in the name of Herbert Bass.  Approximately 6 grams of crack cocaine, a portion of which tested positive for cocaine, was recovered from a rear bedroom on the second floor of the home.  Agents also recovered approximately 138 grams of crack cocaine, a portion of which tested positive for cocaine, from a toilet in the first floor bathroom of the home.  Search of the middle bedroom on the second floor also resulted in the recovery of four handguns of various models and calibers and more than 6 boxes of ammunition.

The defendant and his mother told the agents that the middle bedroom on the second floor was the defendant's bedroom.  The defendant's mother told the agents that she knew nothing about the presence of the drugs, firearms or U.S. currency found in her home.  The defendant admitted that the drugs found in his bedroom belonged to him, and that when the agents first appeared at the front door of the home, the defendant had taken the cocaine base from his bedroom and tried to flush it down the toilet located in the first floor bathroom.  Additionally, the defendant admitted that the firearms and ammunition found in his bedroom belonged to him, and that $40,000 to $50,000 of the money recovered from his bedroom belonged to him.

Based upon my training and experience, the amount of crack cocaine, the presence of packaging material and drug paraphernalia found in the defendant's bedroom is indicative of an intent to distribute.

        SPECIAL AGENT JOSHUA GREEN
        BUREAU OF ALCOHOL, TOBACCO,
        FIREARMS, AND EXPLOSIVES

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF MAY, 2007.

        U.S. MAGISTRATE JUDGE