UNITED STATES DISTRICT COURT
For the District of Columbia

**UNITED STATES OF AMERICA**

               v.                  Case No. 07-256-M-01

**HERBERT SOL BASS**
     DOB: 9/02/69

**NOTICE OF APPEARANCE**

    **Please enter my appearance as counsel for the defendant in the above matter this 11th day of June 2007.**

                                                 _____/s/_____
                                               Grandison E. Hill, Esq.
                                               D.C. Bar 213553
                                               7600 Georgia Ave., N.W.
                                               Suite 203
                                               Washington, D.C. 20012
                                               (202) 483-8060