AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF _District of Columbia_

UNITED STATES OF AMERICA

V.

HERBERT BASS

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-256M-01

FILED
NOV 05 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __HERBERT BASS__, charged in a (complaint) (petition) pending in this District with __Unlawful Poss. w/ Intent to Distribute__ in violation of Title __21 USC 841(a)(1)__, ~~U.S.C.~~, _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Herbert S. Bass_
Defendant

11/5/07
Date

_[signature]_
Counsel for Defendant